| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | KEVIN C. KHASIGIAN<br>Assistant U. S. Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |



**FILED**

MAY 13 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
             DEPUTY CLERK

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

   Plaintiff,

   v.

ALL FUNDS MAINTAINED AT WELLS FARGO BANK ACCOUNT NUMBER 3445818432, HELD IN THE NAME OF ARIS C. TOLEDO, IN AN AMOUNT UP TO AND INCLUDING $207,500, and

ALL FUNDS MAINTAINED AT WELLS FARGO BANK ACCOUNT NUMBER 9553734865, HELD IN THE NAME OF TRIPLE A'S SPORTING GOODS, IN AN AMOUNT UP TO AND INCLUDING $237,600,

   DEFENDANTS.

2:13-SW-00001-AC
2:13-SW-00002-AC

ORDER RE: REQUEST TO UNSEAL SEIZURE WARRANT AND SEIZURE WARRANT AFFIDAVIT

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the seizure warrants and seizure warrant affidavit in the above-captioned proceeding be and are hereby unsealed.

Date: 5/13/2013

_____
CAROLYN K. DELANEY
United States Magistrate Judge

1

Order Re: Request to Unseal Documents